Page 2

1:07CV930-WKW

RECEIVED

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| **United States District Court** | District HOUSTON COUNTY, AL. |
|---|---|
| Name (under which you were convicted): NATHAN WILLIAMS | Docket or Case No.: CC-04.564,565 |
| Place of Confinement: HOUSTON COUNTY JAIL | Prisoner No.: 55430 |

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| NATHAN WILLIAMS | v. |

The Attorney General of the State of ALABAMA

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   HOUSTON COUNTY COURTHOUSE    DOTHAN, ALABAMA

   (b) Criminal docket or case number (if you know): CC-04.564, CC-04.565

2. (a) Date of the judgment of conviction (if you know): 9-14-07
   (b) Date of sentencing: 10-01-07

3. Length of sentence: 99 YEARS AND 20 YEARS

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒  No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: _____
   FIRST DEGREE RAPE
   SEXUAL ABUSE

6. (a) What was your plea? (Check one)

   (1)  Not guilty ☒          (3)  Nolo contendere (no contest) ☐

   (2)  Guilty ☐              (4)  Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?_____

_____

_____ NOT GUILTY TO BOTH CHARGES _____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☒          Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?

Yes ☒ No ☐

9. If you did appeal, answer the following:

(a) Name of court: HOUSTON COUNTY COURT

(b) Docket or case number (if you know): CC-04-564, 565

(c) Result: AWAITING APPEAL

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?     Yes ☐ No ☒

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

_____

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐ No ☒

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☒ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: HOUSTON COUNTY COURT

(2) Docket or case number (if you know): CC-04-564, 565

(3) Date of filing (if you know): 5-29-05

(4) Nature of the proceeding: MOTION FOR SPEEDY TRIAL

(5) Grounds raised: _____

INCARCERATED FOR A LONG PERIOD OF TIME WITH NO COURT-DATE.

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☒

(7) Result: STILL INCARCERATED

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: HOUSTON COUNTY COURT

(2) Docket or case number (if you know): CC-04-564, 565

(3) Date of filing (if you know): 01-26-06

(4) Nature of the proceeding: MOTION FOR SPEEDY TRIAL

(5) Grounds raised: _____

NO COURT DATE

_____

_____

_____

_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

   Yes ☐ No ☒

(7) Result: _____ STILL INCARCERATED _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

   (1) Name of court: __ HOUSTON COUNTY _____

   (2) Docket or case number (if you know): __ CC-04-564,565 _____

   (3) Date of filing (if you know): __ 08.30.2007 _____

   (4) Nature of the proceeding: __ MOTION TO DISMISS ____

   (5) Grounds raised: _____

   _____ SPEEDY TRIAL NOT GRANTED _____

   _____
   _____
   _____
   _____
   _____
   _____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

   Yes ☐ No ☒

(7) Result: __ I WENT TO TRIAL _____

(8) Date of result (if you know): __ 08.03.07 _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

   (1) First petition:    Yes ☐ No ☒

   (2) Second petition:   Yes ☐ No ☒

   (3) Third petition:    Yes ☐ No ☒

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

_____ ADVICE OF LAWYER. _____

_____
_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** NEVER GRANTED A SPEEDY TRIAL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): 

SEVERAL MOTIONS (3) FILED IN COURT NONE WERE GRANTED.

(b) If you did not exhaust your state remedies on Ground One, explain why: ADVICE OF COUNSEL

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: 

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐ No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: 

Name and location of the court where the motion or petition was filed: 

Docket or case number (if you know): 

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ❑  No ☒

(4) Did you appeal from the denial of your motion or petition?

    Yes ❑  No ☒

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑  No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____ ADVICE OF COUNSEL _____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____ HABEAS CORPUS DENIED 8·12·05 _____

_____

**GROUND TWO:** _____ NEVER RECV'D AN INDICTMENT _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____ I NEVER KNEW WHAT I WAS INDICTED

FOR OR WHEN I WAS INDICTED. NEVER RECV'D

COPY OR COPIES OF GRAND JURY INDICTMENT

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑ No ☒

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ❑ No ☒

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ❑ No ☒

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❑ No ☒

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑ No ❑

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

MOTION FOR DISCOVERY FILED.
COUNSEL WILL NOT PROVIDE ME WITH COPY

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

**GROUND THREE:** INAFFECTIVE COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

MY LAWYER NEVER RE-QUESTIONED WITNESS'S THAT
WERE CAUGHT LYING, TRIED TO RESIGN ON MY CASE BEFORE
TRIAL, CASE ACTION SUMMARY STATES LAWYERS ACTIONS
AND RESIGNATIONS FROM MY CASE AS WELL AS AMOUNT OF
TIMES MY CASE WAS CONTINUED (SEE ATTACHED).

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

ADVICE OF COUNSEL.

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐ No ☒

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ❑  No ☒

(4) Did you appeal from the denial of your motion or petition?

    Yes ❑  No ☒

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑  No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____ ADVICE OF COUNSEL _____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

    have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** ___ WITNESS'S WERE PROVIDED FUNDS

TO TESTIFY. _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

D.A SUPEANOD WITNESS'S AND PROVIDED

FUNDS TO TESTIFY AT COURT PROCEEDINGS

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____ ADVICE OF COUNSEL _____

_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ❑   No ☒

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ❑   No ☒

(4) Did you appeal from the denial of your motion or petition?

Yes ❑   No ☒

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑   No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

ADVICE OF COUNSEL

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?　　Yes ❑　No ☑

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

AWAITING APPEAL

    (b) Is there any ground in this petition that has not been presented in some state or federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?　　Yes ❑　No ☑

    If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available. _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ☒ No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.    _AWAITING    APPELLATE   COURT._

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:    _WAIVED_

(b) At arraignment and plea:    _D. YARBROUGH_
_117 EAST MAIN ST    DOTHAN, AL._

(c) At trial:    _THOMAS K. BRANTLEY_
_401 N. FOSTER ST.   DOTHAN. AL._

(d) At sentencing:    _THOMAS K. BRANTLEY_
_401 N. FOSTER ST.   DOTHAN. AL._

(e) On appeal:    _T.J HAYWOOD (SAME LAWFIRM AS BRANTLEY_
_APPN'T BY COURT) 401 N. FOSTER ST.    DOTHAN, AL_

(f) In any post-conviction proceeding:    _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding:    _____

_____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:    _____

_____

(b) Give the date the other sentence was imposed:    _____

(c) Give the length of the other sentence:    _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ☐ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of —
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Page 15

Therefore, petitioner asks that the Court grant the following relief: _99 YEAR SENTENCE_
_AND 20 YEAR SENTENCE_____

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this
Petition for Writ of Habeas Corpus was placed in the prison mailing system on _OCTOBER_
_15TH, 2007_____ (month, date, year).

Executed (signed) on _OcT 15 07_ (date).

_Nathan Willison_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing
this petition. _____
_____
_____

* * * * *

Nathan Williams # 55430
H-Pod 901 E. Main.
Dothan, Alabama
36301

CLERK, United States District Court
Middle District of Alabama.
P.O Box 711
Montgomery, Alabama
36101

LEGAL MAIL

| | |
|---|---|
| STATE OF ALABAMA, | ) IN THE CIRCUIT COURT OF |
| PLAINTIFF, | ) HOUSTON COUNTY, ALABAMA |
| v. | ) CASE NUMBER: CC-04-564 & 565 |
| NATHAN WILLIAMS, | ) |
| DEFENDANT. | ) |

## MOTION TO DISMISS FOR FAILURE TO PROVIDE SPEEDY TRIAL

**COMES NOW** the Defendant by and through his undersigned counsel and moves this Honorable Court for an order dismissing the above referenced cases for failure of the State of Alabama to provide a speedy trial; and, in support thereof would show this Honorable Court as follows:

1.   That Defendant filed a Motion For Speedy Trial on July 26, 2007;

2.   That Defendant has been incarcerated in the Houston County Jail for approximately 3 years and has repeatedly requested this Honorable Court to release him on bond but has been unsuccessful in doing so;

3.   That therefore this Honorable Court should dismiss the above referenced cases and allow the Defendant to be released;

Respectfully submitted,


THOMAS K. BRANTLEY (BRA040)
ATTORNEY FOR DEFENDANT
401 NORTH FOSTER STREET
DOTHAN, ALABAMA  36303
(334) 793-9009

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Honorable Douglas Valeska, District Attorney by placing a copy of the same in his appropriate Courthouse box on this the ___ day of August, 2007.


THOMAS K. BRANTLEY

*Laughing*

| | |
|---|---|
| STATE OF ALABAMA, | ) IN THE CIRCUIT COURT OF |
| | ) |
| PLAINTIFF, | ) HOUSTON COUNTY, ALABAMA |
| | ) |
| v. | ) CASE NUMBER: CC-04-564 & 565 |
| | ) |
| NATHAN WILLIAMS, | ) |
| | ) |
| DEFENDANT. | ) |

## MOTION TO WITHDRAW

COMES NOW the undersigned counsel and moves this Honorable Court for leave to

withdraw as retained counsel for Defendant; and, in support thereof would show this Honorable

Court as follows:

1.       That Defendant has consistently refused to pay the undersigned counsel the

agreed upon retainer fee and at the present time with the trial being over

Defendant still owes the undersigned counsel almost $4000.00;

2.       That the undersigned counsel cannot continue to provide legal services to

Defendant without being paid; and, further Defendant indicates that he will

be unable to pay the undersigned counsel the balance of the fee;

3.       Therefore the undersigned counsel moves this Honorable Court to let the

undersigned counsel withdraw and to appoint the Honorable Jack Blumenfeld

as court appointed attorney for Defendant so as to allow Defendant to be

represented by counsel at Defendant's sentencing hearing on October 10,

2007.

                    Respectfully submitted,

                    **BRANTLEY & HAYWOOD**

**THOMAS K. BRANTLEY (BRA040)**
**ATTORNEY FOR DEFENDANT**
**401 NORTH FOSTER STREET**
**DOTHAN, ALABAMA  36303**
**(334) 793-9009**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Honorable Douglas Valeska, Honorable Jack Blumenfeld and to Nathan Williams by placing a copy of the same in the United States Mail, postage prepaid and properly addressed to them on this the __10__ day of September, 2007.

**THOMAS K. BRANTLEY**

```
ACRO372                 ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2004 000565.60
OPER: RHM                      CASE ACTION SUMMARY
PAGE:    1                      CIRCUIT   CRIMINAL               RUN DATE: 08/03/2005
==========================================================================
IN THE CIRCUIT COURT OF  HOUSTON
                                                                JUDGE: CLL
STATE  OF  ALABAMA                    VS      WILLIAMS NATHAN
                                              %HOUSTON CO JAIL
CASE: CC 2004 000565.60                         901 E MAIN ST
                                              DOTHAN, AL  36303 0000

DOB: 07/04/1950           SEX: M  RACE: B  HT: 5 09  WT: 250    HR:        EYES: BRO
SSN: 420727859  ALIAS NAMES:
==========================================================================
CHARGE01: HABEAS CORPUS         CODE01: CORP  LIT: SEXUAL ABUSE 1 TYP: O #: 001
OFFENSE DATE: 01/18/2004               AGENCY/OFFICER: 0380100 B CHERR

DATE WAR/CAP ISS:                        DATE ARRESTED: 01/27/2004
DATE    INDICTED:                        DATE    FILED: 08/02/2005
DATE    RELEASED:                        DATE  HEARING:
BOND      AMOUNT:         $.00 N           SURETIES:

DATE 1:           DESC:              TIME: 0000
DATE 2:           DESC:              TIME: 0000

TRACKING NOS: DC 2004 000310 00  /                    /

   DEF/ATY: PRO SE                  TYPE: C
                                                                        TYPE:

                      00000                        00000
PROSECUTOR: VALESKA DOUGLAS A

==========================================================================
OTH CSE: DC200400031000 CHK/TICKET NO: 04-000649         GRAND JURY:
COURT REPORTER:                    SID NO:    000000000
DEF STATUS: JAIL                 DEMAND: Y                   OPER: RHM
==========================================================================
DATE        ACTIONS,  JUDGEMENTS,  AND  NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 8-2-05 | Petition for Writ of Habeas Corpus |
| 8-4-05 | Habeas set to be heard on 8-9-05 at 10:00 A.M. /s/ Trial Judge |
| 8-8-05 | Return of Lamar Glover to the Writ of Habeas Corpus |
| 8-12-05 | Habeas Corpus is denied — /s/ Judge |

```
ACR0372          ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2004 000564.00
OPER: JUJ                   CASE ACTION SUMMARY
PAGE:   1                    CIRCUIT  CRIMINAL                  RUN DATE: 04/28/2004
============================================================================
1. THE CIRCUIT COURT OF  HOUSTON                                      JUDGE: CLL

STATE OF ALABAMA              VS       WILLIAMS NATHAN
CASE: CC 2004 000564.00               1700 S. RANDOLPH AVE

                                      EUFAULA, AL  36027 0000

DOB: 07/04/1950        SEX: M  RACE: B  HT: 5 09  WT: 250   HR:        EYES: BRO
SSN: 420727859   ALIAS NAMES:
============================================================================
CHARGE01: RAPE 1ST DEGREE      CODE01: RAP1  LIT: RAPE 1ST DEGREE TYP: F #: 001
OFFENSE DATE: 01/18/2004               AGENCY/OFFICER: 0380100 S. CHERR

DATE WAR/CAP ISS:                      DATE ARRESTED: 01/27/2004
DATE      INDICTED:                    DATE      FILED: 04/28/2004
DATE      RELEASED: 01/27/2004         DATE   HEARING:
BOND      AMOUNT:     $10,000.00 S     SURETIES: THOMPSON BONDS
                                      No Bond (for new)
DATE 1: 06/08/2004   DESC: ARRG        TIME: 0900 A
DATE 2: 08/23/2004   DESC: JTRL        TIME: 0830 A
                                                      , Thomas Brantley  (R)
TRACKING NOS: DC 2004 000309 00  /

    DEF/ATY: YARBROUGH DEREK EVAN      TYPE: A            TYPE:
            117 EAST MAIN STREET    WD  Jack Blumenfeld
                                              (C)
            DOTHAN        AL 36301                        00000

PROSECUTOR: VALESKA DOUGLAS A

                                    12-1-04 Defd. arrested on A.W.
============================================================================
OTH CSE: DC200400030900 CHK/TICKET NO: 04-000649      GRAND JURY:
  IRT REPORTER:                     SID NO:    000000000
  STATUS: BOND                      DEMAND: Y                    OPER: JUJ
============================================================================
DATE          ACTIONS, JUDGEMENTS, AND NOTES
============================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 5-25-04 | **WAIVER OF ARRAIGNMENT** _Trust, Judge_ |
| | RECIPROCAL DISCOVERY ORDER |
| | 6-8 , 2004 |
| | Within 14 days of this Order, the State and Defendant will make available for inspection and copying all materials discoverable under the Alabama Rules of Criminal Procedure. In addition, the State will make any exculpatory material available to the Defense. The State will make its materials available at the District Attorney's Office and the Defense will do likewise at the Defense Counsel's office. |
| | JUN 11 2004 |
| | N. D. Yarbrough + DA |
| | C. LAWSON LITTLE CIRCUIT JUDGE |
| 10/20/04 | Motion to set filed by DA |
| 10/20/04 | Case to be placed on the Dec 13, 2004 Jury Term _Trust, Judge_ |
| OCT 21 2004 | N. Judy |

CC-04-564

11-29-04  Motion to Revoke Bond

12-1-04  Deft. arrested on Alias Warrant. Case set for Motion to Revoke Bond 12-13-04 at 8:30am

12-2-04  Motion to Continue (D. Yarbrough)

12-8-04  N: DA, Derek Yarbrough, Jail.

12-16-04  Case continued - J. Stat, Judge

12-27-04  Motion to Revoke Bond is granted - J. Stat Judge

1-18-05  N: DA, D. Yarbrough, Thompson Bonds

2-23-05  Motion to Withdraw (D. Yarbrough)

2/24/05  motion to withdraw granted.

2/24/05  N: DA & D Yarbrough  J. Stat, Judge

4-4-05  Hon Jack Blumenfeld appt'd to represent Def. J. Stat, Judge

4-8-05  Cont'd.  J. Stat, Judge

5-10-05  N: J Blumenfeld

5/20/05  Motion to Set Bond (J. Blumenfeld)

5/20/05  Motion ~~to~~ denied - J. Stat Ju

5/25/05  N: J. Blumenfeld, DA

+- 5-29-05  Motion for Speedy Trial

8-1-05  Set for Oct 05 term - J. Stat Judge

8/2/05  N: Judy Byrd, J. Blumenfeld

10-18-05  Case cont'd over object of J. Stat Judge

+- 1-26-06  Renewed Motion for Speedy Trial (J Blumenfeld)

2-8-06  Set for April 06 term - J. Stat

2-15-06  N: DA, J Blumenfeld, Judy Byrd

ACRO369    A L A B A M A    J U D I C I A L    I N F O R M A T I O N    C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2004 000564.00
JUDGE ID:  CLL

STATE  OF  ALABAMA                    VS    WILLIAMS NATHAN

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 7-26-07 | Motion For A Speedy Trial                                   JS |
| 7-30-07 | Granted, Case set on 9-27-07 docket N. T. Brantley |
| 8-30-07 | Motion to Dismiss Denied Set fore for Sept 10, 07 Docket |
|  | N. DA, T. Brantley, Court Liaison |
| 9-7-07 | Notice To Defendant Pursuant To Rule 404B |
| 9-10-07 | Motion Pursuant To Alabama Rules of Evidence 412(a) |
| 9-14-07 | Jury Verdict - Guilty of Rape 1st & Sexual Abuse 1st - Pre-Sentence ordered  Sentencing set for Oct 1, 2007 at 9 Am - N. DA, T. Brantley, Jail |
| 9-19-07 | Motion To Withdraw (T. Brantley) |
| 9-24-07 | Motion is denied. N. DA, T. Brantley |
| 10-1-07 | Oral Notice of Appeal given after sentencing H. J. Haywood appointed to Counsel on Appeal Clerk To forward necessary documents for Appeal |